# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

|  |  |
|---|---|
| ALICIA FIELDS and KATHERINE SARIGUMA Individually and on Behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LEADING EDGE CONNECTIONS, LLC, <br><br> Defendant. | Case No.: 8:23-cv-01809-MSS-JSS |

## NOTICE OF COMPLIANCE

Please take notice that on October 27, 2023 Defendant Leading Edge Connections, LLC ("LEC"), through undersigned counsel, has complied with the Court's FLSA Scheduling Order [Doc. 4] requiring LEC to serve certain time sheets and payroll records in LEC's possession upon Plaintiffs in this matter.

Dated: October 27, 2023                Respectfully submitted,

/s/ *Sean P. Cronin*
Sean P. Cronin (FBN 412023)
scronin@sclawyergroup.com
Michael J. Stanton (FBN 389463)
mstanton@sclawyergroup.com
STANTON CRONIN LAW GROUP, PL
6944 W. Linebaugh Ave., Suite 102
Tampa, Florida 33625
(813) 444-0156 - telephone
(813) 422-7955 – facsimile

*Counsel for Leading Edge Connections LLC*

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that on October 27, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, using the CM/ECF system, which will send a notice of electronic filing to registered counsel.

<u>/s/ *Sean P. Cronin*</u>
Attorney