**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| **ALICIA FIELDS AND** | § | |
| **KATHERINE SARIGUMBA** | § | |
| **Individually and on Behalf of all others** | § | |
| **similarly situated,** | § | |
|     Plaintiffs, | § | **COLLECTIVE ACTION COMPLAINT** |
| | § | |
| vs. | § | |
| | § | **CIV. NO. 8:23-CV-01809-MSS-JSS** |
| **LEADING EDGE** | § | |
| **CONNECTIONS, LLC** | § | |
|     Defendant. | § | |

**JOINT REPORT REGARDING SETTLEMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

    Plaintiffs, Alicia Fields and Katherine Sarigumba, and Defendant Leading Edge Connections, LLC, hereby file this Joint Report Regarding Settlement, as follows:

    The parties' respective counsel held a face-to-face settlement conference. A settlement was not reached. However, the parties wish to engage a formal mediation conference with mediator Shane Munoz. The parties are working to set a specific date, and believe the mediation can occur before January 31, 2024. The parties will file a status report promptly following the mediation to advise the Court of the outcome of the mediation.

Respectfully submitted
December 1, 2023,

| | |
|---|---|
| /s/Alan L. Quiles | /s/ Sean P. Cronin |
| Alan L. Quiles, Fla. Bar No. 62431 | Sean P. Cronin (FBN 412023) |
| aquiles@shavitzlaw.com | scronin@sclawyergroup.com |
| Gregg I. Shavitz, Fla. Bar No. 11398 | Michael J. Stanton (FBN 389463) |
| gshavitz@shavitzlaw.com | mstanton@sclawyergroup.com |
| **SHAVITZ LAW GROUP, P.A.** | **STANTON CRONIN** |
| 951 Yamato Road, Suite 285 | **LAW GROUP, PL** |
| Boca Raton, FL 33431 | 6944 W. Linebaugh Ave., Suite 102 |
| Telephone: (561) 447-8888 | Tampa, Florida 33625 |

|  |  |
|---|---|
| AND | (813) 444-0156 - telephone |
|  | (813) 422-7955 – facsimile |

Josh Borsellino  *Attorneys for Defendant*
TX Bar No. 24045532
(Pro Hac Vice Forthcoming)
**BORSELLINO, P.C.**
Office Address:
1020 Macon St., Suite 15
Fort Worth, Texas 76102
Mailing Address:
3267 Bee Cave Rd., Ste. 107, Box # 201
Austin, TX 78746
Telephone: (817) 908-9861
Facsimile: (817) 394-2412
Email: josh@dfwcounsel.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I CERTIFY that on December 1, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, using the CM/ECF system, which will send a notice of electronic filing to registered counsel.

/s/Alan L. Quiles