UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALICIA FIELDS and
KATHERINE SARIGUMBA,

    Plaintiffs,

vs.                                    CASE NO. 8:23-cv-1809-MSS-JSS

LEADING EDGE CONNECTIONS,
LLC,

    Defendant.
_____/

## INTERIM MEDIATION REPORT

In accordance with the August 16, 2023, FLSA Scheduling Oder (Dkt. 4), a mediation conference commenced on January 29, 2024. All required persons attended. The mediation has been continued.[1]

                                Respectfully submitted,

                                /s/ *Shane T. Muñoz*
                                Shane T. Muñoz
                                Florida Bar No. 0067024
                                Shane@STM-Mediations.com
                                Shane Muñoz Mediations
                                2921 West Hawthorne Road
                                Tampa, FL  33611
                                Telephone:  941-780-2614
                                Mediator

---

[1] In light of Middle District Local Rule 4.03(g) and in an abundance of caution, this Report does not include details concerning the continuance.

## CERTIFICATE OF SERVICE

    I hereby certify that on January 29, 2024, I electronically filed the foregoing Interim Mediation Report with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

                                      Shane Muñoz Mediations

                                      */s/ Shane T. Muñoz*