**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ALICIA FIELDS and KATHERINE SARIGUMA Individually and on Behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEADING EDGE CONNECTIONS, LLC,<br><br>Defendant. | Case No.: 8:23-cv-01809-MSS-JSS |

## JOINT REPORT REGARDING SETTLEMENT

Plaintiffs, Alicia Fields and Katherine Sarigumba ("Plaintiffs"), and Defendant Leading Edge Connections, LLC ("LEC" and/or "Defendant")), hereby file this Joint Report Regarding Settlement, as follows:

Please take notice that on January 29, 2024 Plaintiffs and Defendant attended a formal mediation conference with mediator Shane Munoz. During the mediation conference the parties agreed to continue the mediation so that the parties could have additional time to exchange and review certain time and payroll records in LEC's possession with the expectation that the parties will continue to negotiate a potential settlement in good faith. The parties are working to set a specific date for the continued mediation and believe the continued

mediation can be completed by March 15, 2024.  The parties will file a status report promptly following the continued mediation to advise the Court of the outcome of the continued mediation.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/Alan L. Quiles<br>Alan L. Quiles (FBN 62431)<br>aquiles@shavitzlaw.com<br>Gregg I. Shavitz (FBN No. 11398)<br>gshavitz@shavitzlaw.com<br>**SHAVITZ LAW GROUP, P.A.**<br>951 Yamato Road, Suite 285<br>Boca Raton, FL 33431<br>Telephone: (561) 447-8888<br><br>AND<br><br>Josh Borsellino<br>TX Bar No. 24045532<br>(Pro Hac Vice Forthcoming)<br>**BORSELLINO, P.C.**<br>Office Address:<br>1020 Macon St., Suite 15<br>Fort Worth, Texas 76102<br>Mailing Address:<br>3267 Bee Cave Rd., Ste. 107,<br>Box # 201<br>Austin, TX 78746<br>Telephone: (817) 908-9861<br>Facsimile: (817) 394-2412<br>Email:    josh@dfwcounsel.com<br><br>***Attorneys for Plaintiffs*** | /s/ Sean P. Cronin<br>Sean P. Cronin (FBN 412023)<br>scronin@sclawyergroup.com<br>Michael J. Stanton (FBN 389463)<br>mstanton@sclawyergroup.com<br>**STANTON CRONIN LAW GROUP, PL**<br>6944 W. Linebaugh Ave., Suite 102<br>Tampa, Florida 33625<br>(813) 444-0156 - telephone<br>(813) 422-7955 – facsimile<br><br>***Attorneys for Defendant*** |

## **CERTIFICATE OF SERVICE**

I CERTIFY that on February 14, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, using the CM/ECF system, which will send a notice of electronic filing to registered counsel.

/s/ *Sean P. Cronin*
Attorney